JS-6
O

# United States District Court
## Central District of California

| | |
|---|---|
| RAYMOND KOVACIC and JARED KOVACIC,<br><br>      Plaintiffs,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, EDWARD J. MCDONALD; and DOES 1–10, inclusive,<br><br>      Defendants. | Case No. 2:14-CV-07765-ODW(PJW)<br><br>**ORDER TERMINATING CASE** |

    On May 6, 2016, the jury in this case rendered its verdict. (ECF No. 135.) On June 3, 2016, Plaintiffs filed a motion for a new trial. (ECF No. 141.) The Court denied Plaintiffs' motion for a new trial on July 11, 2016 as well as their previously filed motion for judgment as a matter of law. (ECF No. 149.) Plaintiffs subsequently appealed the Court's denial of their motions for judgment as a matter of law and for a new trial to the Ninth Circuit (Docket No. 16-56141). (ECF No. 154.) As a final judgment has been entered in this case and jurisdiction now lies with the circuit court, the Court terminates this proceeding. *Griggs v. Provident Consumer Discount Co.*,

459 U.S. 56, 58 (1982) (per curiam) (noting that once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed).

**IT IS SO ORDERED.**

October 11, 2016

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**